UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2021-CR-10354-WGY(8)

UNITED STATES OF AMERICA

V.

CHAROD TAYLOR

## MOTION TO AMEND CONDITIONS OF RELEASE - MOVE

Now comes defendant Charod Taylor and respectfully requests this Honorable Court to amend his conditions of release to permit him to move to 13 Cross street, Chelmsford, MA.. Mr, Taylor can no longer reside at 422 Columbia Rd., Unit 53, Dorchester, MA 02125.

The Chelmsford home belongs to Kaleigh Armocida, (DOB 10/18/2000). Ms. Armocida is a friend. She works in the elder care industry provides home care for seniors.

This motion is being filed after consultation with Probation Officer Stephanie Chen. P.O. Chen has instructed the defendant to obtain judicial permission for this move.

**Respectfully Submitted,**
**CHAROD TAYLOR,**
**By his attorney:**

/s/ Thomas Kerner
_____
**THOMAS KERNER**
**MA BBO # 552373**
**Attorney at Law**
**240 Commercial St., Suite 5A**
**Boston, MA  02109**
**(617) 720-5509**

**CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing [NEF] and paper copies will be sent to those indicated as non-registered participants.

**Date:**    8/27/2024        /s/ Thomas Kerner
                                                          _____
                                                          **J. Thomas Kerner**
                                                          **BBO# 552373**